STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant ROLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY ROLLINS,<br><br>Defendants. | Case No. CR 18-0136 CRB (EDL)<br><br>STIPULATION AND [PROPOSED] ORDER TO REMOVE SURETY FROM BOND |
|---|---|

On April 17, 2018, this Court released defendant Ricky Rollins from custody on an unsecured bond that included his mother Sheila Rene Rollins and wife Jasmine Rendleman as sureties. The bond has been modified several times and Mr. Rollins has performed well on pretrial release. On September 6, 2018, Mr. Rollins pleaded guilty to the charge against him. On November 27, 2018, the Honorable Charles R. Breyer granted Mr. Rollins' request to participate in the Conviction Alternative Program (CAP). Mr. Rollins has begun his participation in that program.

Mr. Rollins and his wife are now in the process of getting separated and his wife has requested to be removed from the bond. Given Mr. Rollins performance on pretrial release and his participation in CAP, the parties agree that no substituted surety is necessary at this time.

Accordingly, the parties jointly request that the Court remove Jasmine Rendleman from the bond forthwith. All other conditions of his pretrial release shall remain in place. Pretrial Services has no objection to this request.

SO STIPULATED.

December 11, 2018  
Date

____/S_____  
ANN LUCAS  
Special Assistant U.S. Attorney

December 11, 2018  
Date

____/S_____  
JODI LINKER  
Attorney for Defendant Rollins

IT IS SO ORDERED.

December 12, 2018  
Date

_____  
ELIZABETH D. LAPORTE  
United States Magistrate Judge